IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY E. ORTIZ, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3211 |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS BAKEWELL, WARDEN, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Respondent. | ) | |

Petitioner submitted to the clerk's office his petition for writ of habeas corpus and one attachment. (Filing 1.) The attachment contained highlighting of various colors as well as handwritten notes. The clerk's office has advised me that it cannot effectively electronically scan the attachment because the highlighting makes the attachment illegible when scanned.

IT IS ORDERED:

1. The clerk's office shall maintain the original paper attachment . (Filing 1).

2. Petitioner shall not submit any additional documents to the court with highlighted text. If Petitioner submits additional documents containing highlighted text, **those documents will not be filed and will be returned to Petitioner.**

August 23, 2007                    BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　Supervising Pro Se Judge